**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NICOLE R. LEAL,<br><br>                           Plaintiff,<br><br>   v.<br><br>MICHELLE FERRINI, et al.,<br>                           Defendants. | Case No. 2:14-cv-1524-APG-PAL<br><br>**ORDER** |

On December 31, 2014, Magistrate Judge Leen gave Plaintiff until January 30, 2014 to file an amended complaint. She warned Plaintiff that if she did not timely file an amended complaint in compliance with her order, this case may be immediately dismissed. On January 28, 2015, I held a hearing on Plaintiff's subsequent motions. I extended the deadline for Plaintiff to file her amended complaint until February 13, 2015. To date, Plaintiff has not filed an amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is DISMISSED without prejudice. Plaintiff's Motion to Change Venue (Dkt. #24) is DENIED as moot. The Clerk of the Court shall enter judgment accordingly and close this case.

Dated: February 19, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE