**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NICOLE R. LEAL,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHELLE FERRINI, et al.,<br>                Defendants. | Case No. 2:14-cv-1524-APG-PAL<br><br>**ORDER** |

   Plaintiff has filed three motion, one seeking to reopen this case (Dkt. #39), one to vacate my previous order dismissing this case (Dkt. #40), and one to consolidate this case with a case pending in Rhode Island (Dkt. #41). None of the motions provides any points or authorities in support of the motion. Local Rule 7.2(d) provides: "The failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Nevertheless, I have considered each of the motions on its merits and find them lacking. There are no valid grounds to grant any of the three motions. Therefore,

   IT IS HEREBY ORDERED that Plaintiff's motion to reopen this case (Dkt. #39), motion to vacate my previous order dismissing this case (Dkt. #40), and motion to consolidate this case (Dkt. #41) are hereby DENIED.

   Dated: April 7, 2015.

                                _____
                                ANDREW P. GORDON
                                UNITED STATES DISTRICT JUDGE